

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00118-CV

In the Matter of G.M.S.        §    From County Court at Law No. 2

                                    §    of Wichita County (38470-LR)

                                    §    June 12, 2014

                                    §    Opinion by Justice Gardner

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render judgment denying the State's application for temporary court-ordered mental health services.

It is further ordered that the State of Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By    /s/ Anne Gardner          
        Justice Anne Gardner